Markeith Clinton #AY-1315
RJ Donovan Correctional Facility
480 Alta Rd.
San Diego, Ca. 92179
(In Pro-Per)

FILED
JUN 11 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the 9TH Circuit Court
U.S. Court of Appeals

| Markeith Clinton, Plaintiff | Case No. 3-23-cv-0119-DMS-DEB |
| --- | --- |
| v. Asbury, Cortez, Nahn, Defendants | Notice of Appeal |

### Notice of Appeal

Notice is hereby given tha Markeith Clinton, Plaintiff in the the above entitled matter appeals to the United States Court of Appeals for the 9TH Circuit from the final judgement entered in this action on May 7, 2020.

Dated:
May 7, 2024

Signed
Markeith Clinton
RJ Donovan Prison
480 Alta Rd. 92179
Markeith A. C——

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, **Markeith Clinton**, declare:

I am over 18 years of age and a party to this action. I am a resident of **RJ Donovac Correctional Facility** Prison, in the county of **San Diego, Ca.**, State of California. My prison address is: **480 Alta Rd., San Diego Ca. 92179**.

On **5-7-24** (DATE)

I served the attached: **Notice of appeal & Proof of service**

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

**Richard H. Chambers Court House 125 South Grand Ave Pasadena, Ca. 91105**

**U.S. District Court Southern District of Ca. Office of the Clerk 333 W. Broadway #240 San Diego, Ca. 92101**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on **5-7-24** (DATE)

*/s/ Markeith Clinton* (DECLARANT'S SIGNATURE)

K:COMMON CSA FORMS P_PRFSVC.WPD August 21, 2000 (2:11pm)



N Salcedo # 91399

6/7/24

**RJD INDIGENT**